MARGARET FOX and Another, Individually and as Trustees under a Deed of Trust Made by PATRICK FOX, etc., Respondents, v. THE CITY OF NEW ROCHELLE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.